IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

THOMAS L. CRUTCHER,

    Plaintiff,                      No. CIV S-01-0196 LKK PAN P

    vs.

CHRISTOPHER SMITH, ET AL.,

    Defendants.                 <u>ORDER</u>

_____/

       Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

       On January 11, 2005, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. On February 15, 2005, plaintiff inquired whether the court had issued a ruling in the last two months. On February 24, 2005, the findings and recommendations were re-served on the parties. Twenty days from that date have now passed, and neither party has filed objections to the findings and recommendations.

       The court has reviewed the file and finds the findings and recommendations to be

1

supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

    1. The findings and recommendations filed January 11, 2005 are adopted in full; and

    2. Judgment is entered in defendants' favor.

DATED: March 31, 2006.

                       /s/Lawrence K. Karlton
                       UNITED STATES DISTRICT JUDGE

/crut0196.801